## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

MICHAEL B. LEVINO,

      Plaintiff,

v.     Case No.     07-14128

36TH DISTRICT COURT FOR THE CITY OF DETROIT, *et al.*     Honorable Arthur J. Tarnow

      Defendants.

_____/

### ORDER GRANTING MOTION TO DISMISS BY 36TH DISTRICT COURT [DE 11]

Before the Court is the defendant 36th District Court's motion to dismiss, to which plaintiff Levino has filed no response.

The state court defendant is immune from suit by one of its citizens under the Eleventh Amendment of the United States Constitution, because the 36th District Court is an arm of the state. *See S.J. v. Hamilton County, Ohio*, 374 F.3d 416, 421-422 (6th Cir. 2004).

Accordingly, the 36th District Court's motion to dismiss is GRANTED.

SO ORDERED.

                S/ARTHUR J. TARNOW
                Arthur J. Tarnow
                United States District Judge

Dated:  January 15, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 15, 2008, by electronic and/or ordinary mail.

                S/THERESA E. TAYLOR
                Case Manager